**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KENNETH N. WYNDER, JR.,

                 Plaintiff,

-against-                                 25 **CIVIL** 2961 (LLS)

                                            **JUDGMENT**

ROBERT LINN; STEVEN BANKS; RENEE
CAMPION; MARJORIE LANDA;
MARYANNE MULLANY; NEW YORK CITY
OFFICE OF LABOR RELATIONS; OFFICE
OF THE NEW YORK CITY
COMPTROLLER'S OFFICE,

                 Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 10, 2025, the Court has dismissed the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for failure to state a claim on which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiffs claims against Linn, Banks, Campion, Landa, and Mullany are dismissed without prejudice. The Court has declined to exercise supplemental jurisdiction of any state law claims Plaintiff may be asserting. See 28 U.S.C. § 1367(c)(3).

**Dated:** New York, New York

      October 17, 2025

                                                    **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                             **BY:**         *K. Mango*

                                                        **Deputy Clerk**